UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.  CR06-0232 JLR-JPD |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| PHILIP GRINER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offenses charged</u>:

Count 1: Structuring Currency Transactions in violation of 31 U.S.C. §§ 5324(a)(3) and 5324(d)(1) and 18 U.S.C. § 2.

<u>Date of Detention Hearing</u>: August 24, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is a risk of flight because his ties to this district are unknown. He has provided no background information.

(2)     It appears that the defendant previously absconded from supervised release from the District of Idaho during November 2003, and his whereabouts were unknown until May 2006, when he was arrested in Mexico.

(3)     It appears that the defendant may have family that resides in Columbia, South America.

(4)     There are no conditions or combination of conditions that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 24th day of August, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge