UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>PHILIP IVAN GRINER,<br><br>      Defendant. | No.  CR06-0232JLR<br><br>ORDER CONTINUING PRETRIAL MOTIONS FILING DEADLINE TO SEPTEMBER 26, 2006 AND TRIAL DATE TO NOVEMBER 7, 2006 (proposed) |

  The Court has considered the agreed motion of the parties requesting an extension of time to file pretrial motions and a continuance of the trial date.  The Court finds that counsel require additional time in which to investigate the charges and to prepare pretrial motions, and that an extension of the motions deadline and continuance of the trial date are reasonable and necessary for effective preparation.

  The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).  The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

_____
ORDER CONTINUING PRETRIAL MOTIONS (proposed) -1

LAW OFFICES OF
RESSLER & TESH
PENTHOUSE SUITE
821 SECOND AVENUE
SEATTLE, WA 98104

THEREFORE, it is hereby ORDERED that the deadline for filing pretrial motions is continued from September 12, 2006, to September 26, 2006. The trial date is hereby continued from October 24, 2006 to November 7, 2006. It is further ordered that the period of time from the current trial date of October 24, 2006 up to and including the new proposed date of November 7, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

DATED this 15th day of September, 2006.

_____
JAMES L. ROBART
United States District Court Judge

Presented By:

S/ Allen M. Ressler, WSBA #5530
Attorneys for Plaintiffs
RESSLER & TESH, PLLC.
821 2nd Avenue, Penthouse Suite
Seattle, WA 98104
206/388-0333
206/388-0197
allen@randtlaw.com


s/ Susan M. Roe
Assistant United States Attorney
700 Stewart St., Suite 5220
Seattle, WA 98101-1271
206/553-1077
206/553-0755
susan.roe@usdoj.gov

_____
ORDER CONTINUING PRETRIAL MOTIONS (proposed) -2

LAW OFFICES OF
RESSLER & TESH
PENTHOUSE SUITE
821 SECOND AVENUE
SEATTLE, WA 98104