UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
                                        )
**UNITED STATES OF AMERICA**            )      NO.  **CR06-232 JLR**
                                        )
        vs.                             )      MINUTE ORDER
                                        )
                                        )
**PHILLIP GRINER**                      )
                                        )
_____)

The following Minute Order is made by direction of the Court, the Honorable James L. Robart, U.S. District Judge:

This matter comes before the court upon the court's request for additional authorities and Defendant Griner's supplemental motion to suppress custodial statements (Dkt. 24).

The court has reviewed the authorities submitted by both parties. It is clear that a defendant may selectively waive his <u>Miranda</u> rights by answering some questions but not others. <u>Michigan v. Mosley</u>, 423 U.S. 96, 103-04 (1975). Based on the court's understanding of the events at Mr. Griner's interview, there was no violation of Mr. Griner's <u>Miranda</u> rights by the U.S. agents who questioned defendant on some issues, honored Defendant's statements that he didn't want to talk about two specific issues and stopped the interview when Mr. Griner requested a lawyer.

The Motion [Dkt. 24] is DENIED.

Filed and entered this 26th day of October, 2006.

BRUCE RIFKIN, Clerk

\s\ C. Condon
By _____
   Casey Condon
   Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28